**Curtis Ray BROOKS, Jr.,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–
Appellee.**

**No. 01–6588.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Curtis Ray Brooks, Jr., pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Curtis Ray Brooks, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brooks' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district

court. *Brooks v. Angelone*, No. CA–01–448–AM (E.D.Va. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*